# Third District Court of Appeal
## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2478
Lower Tribunal No. 18-36161
_____

## Unisource Discovery, Inc., et al.,
Appellants,

vs.

## Steven Cerasale, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Diego David Valdes, P.A., and Diego David Valdes, for appellants.

Fowler White Burnett P.A., and Juan C. Zorrilla and Victor M. Velarde, for appellees.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.